## ALLEN v. THE STATE.

EVANS, J. The verdict is amply supported by the evidence, and is approved by the trial judge. No error of law is alleged to have occurred in the trial of the case. Under such circumstances a new trial will not be ordered by this court.

Judgment affirmed. All the Justices concur.

Submitted July 15,—Decided August 9, 1907.

Indictment for murder. Before Judge Reagan. Henry superior court. May 18, 1907.

H. A. Peebles and R. O. Jackson, for plaintiff in error.

John C. Hart, attorney-general, O. H. B. Bloodworth, solicitor-general, and R. L. Williams Jr., contra.